AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Comcast of Massachusetts III, Inc.

V.

Carollyn Burgess

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05-40086 FDS**

TO: (Name and address of Defendant)

Carollyn Burgess
800 Wachusett Street
Leominster, MA 01453-5031

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon LLP
P. O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-0865

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

_[signature]_
(By) DEPUTY CLERK

DATE _June 6, 2005_

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

06/28/2005

```
I hereby certify and return that on 06/24/2005 at 05:50pm I served a true
and attested copy of the Summons and Complaint, Civil Action Cover Sheet,
Corporate Disclosure in this action in the following manner:  To wit, by
leaving at the last and usual place of abode of CAROLLYN BURGESS  at 800
WACHUSETT ST, LEOMINSTER, MA and by mailing first class mail to the above
address on 06/28/2005. Fees:  Service 20.00, Travel 19.52, Conveyance
3.00, Attest 10.00 & Postage and Handling 3.00 Total Fees: $55.52

Deputy Sheriff Gregory A Carr
```

*Deputy Sheriff*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                 Date                        Signature of Server

                                         _____
                                         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.