LAW OFFICE OF THOMAS J. MORAN, JR.
26 SPRING ST., P.O. BOX 7233
FITCHBURG, MA 01420
978 342-7277

Clerk, U.S. District Court
595 Main St.
Worcester, MA 01608

December 2, 2005

Re: Comcast of Massachusetts III, Inc. v. Burgess
    Case No. 4:05-cv-40086
    Scheduling conference scheduled for Dec. 8, 2005 at 10:30 A.M.

Dear Sir/Madam:

Due to previously-scheduled commitments to be in Probate and Family Court at the Clinton session for a hearing on a contempt and modification matter on the morning of December 8th and to be in Fitchburg District Court for a criminal case on the morning of December 8th for a case in which my client is in custody, I am respectfully requesting that the scheduling conference for this case be re-scheduled for Wednesday, December 14th at 12 noon.

The attorney for Comcast of Massachusetts III, Inc., attorney John M. McLaughlin, Esq., has agreed to continue the scheduling conference to Dec. 14th at 12 noon because of my pre-existing commitments in the other courts.

Thank you,

Thomas J. Moran, Jr.

cc: John M. McLaughlin, Esq.