UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


Comcast of Massachusetts,
    Plaintiff(s),

V.

Burgess,
    Defendant(s),

CIVIL ACTION

NO. 05-40086-FDS


SETTLEMENT ORDER OF DISMISSAL

Saylor, D. J.

    The Court having been advised on     December 13, 2005     that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.


By the Court,

December 13, 2005               /s/ Martin Castles
    Date                              Deputy Clerk