UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Comcast of Massachusetts III, Inc.**    Plaintiff,    vs.  **Carollyn Burgess**    Defendant | Case No.: **4:05-cv-40086-FDS**  **STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties to the above-entitled action have agreed to settle this matter, pursuant to the provisions of Fed. R. Civ. P. 41(1)(a)(i), hereby stipulate that said action be dismissed with prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts III, Inc.
By Its Attorney,

1/25/06
Date

John M. McLaughlin
**Green, Miles, Lipton & Fitz-Gibbon LLP**
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061
Telephone: (413) 586-0865
BBO No. 556328

1

                                          Respectfully Submitted for the Defendant,
Carollyn Burgess
By her attorney,

_Jan. 23, 2006_                         _/s/ Thomas J. Moran, Jr._
Date                                    Thomas J. Moran, Jr.
                                             12 Oliver Street, P.O. Box 7233
                                             Fitchburg, MA  01420
                                             Telephone: (978) 342-7277